In re estate of William H. Roberts, deceased. Maude Mikel, appellant, v. Jacob Amstadt and Harry L. Roberts, executors, appellees. Gen. No. 8,150.

Opinion filed January 25, 1928.

M. A. Brennan and W. W. Whitmore, for appellant. Herrick & Herrick, for appellees.

Mr. Presiding Justice Shurtleff delivered the opinion of the court.

John McHenry, appellee, v. Jacksonville & Havana Railroad Company, appellant. Gen. No. 8,156.

Opinion filed January 25, 1928.

Aaron Sapiro and Epler C. Mills, for appellant. Henry L. Child, for appellee.

Mr. Presiding Justice Shurtleff delivered the opinion of the court.

M. M. Huffaker, appellee, v. Wenzel Fomera, appellant. Gen. No. 8,180.

Opinion filed January 25, 1928.

Carey E. Barnes, for appellant. Knotts & Knotts, for appellee.

Mr. Presiding Justice Shurtleff delivered the opinion of the court.

Nellie Wood, appellee, v. Cecil R. Wood, appellant. Gen. No. 8,182.

Opinion filed January 25, 1928.

Redmon & Redmon, for appellant. Hogan & Reese, for appellee.

Mr. Presiding Justice Shurtleff delivered the opinion of the court.